# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:05-CR-00233(RNC) |
| | : | |
| ERNEST E. NEWTON, II | : | MARCH 31, 2016 |

## MOTION TO WITHDRAW APPEARANCE

To the Clerk of the court and all parties of record, please withdraw the appearance of Richard J. Schechter, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

    Respectfully submitted,

    DEIRDRE M. DALY
    UNITED STATES ATTORNEY

    /S/
    HEATHER L. CHERRY
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv07037
    United States Attorney's Office
    157 Church Street 25th Floor
    New Haven, CT 06510
    (203) 821-3719

## CERTIFICATE OF SERVICE

  I hereby certify that on March 31, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /S/_____
              **HEATHER L. CHERRY**
              **ASSISTANT UNITED STATES ATTORNEY**