UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        CRIMINAL NO. 3:05-cr-00233-RNC

v.

                                             April 19, 2019

ERNEST E. NEWTON, II

## NOTICE OF JOINT STATUS REPORT

Pursuant to this Court's order dated April 8, 2019, Doc. No. 108, the parties hereby submit this joint status report.

The parties understand that Mr. Newton and the Connecticut Office of the State's Attorney are attempting to resolve the underlying state matter that has given rise to the instant federal violation petition.   Part of the delay in resolving the state matter, however, is the uncertainty surrounding the federal consequences of a state resolution, and, in particular what sentence, if any, this Court would impose for violating the terms of supervised release if the defendant makes any admission to violating state law.

The parties believe the best way to resolve this matter is to have federal and state defense counsel meet with the federal and state prosecutors.   Assuming all parties agree on a satisfactory resolution of the state matter, the Government and federal defense counsel in this matter would be able to recommend to this Court that no further action be taken on the federal violation petition.   Of course, the parties understand that this joint recommendation would in no way bind the Court, but the parties nonetheless believe that a joint recommendation would help minimize some of the uncertainty around the federal consequences of a state resolution.

To this end, the state and federal parties plan to meet and discuss a state resolution on

1

May 7, 2019.   The parties also request this Court schedule a status conference on June 18, 2019

to provide an additional update to the Court at that time.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
_____/s/_____
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

<u>CERTIFICATION</u>

I hereby certify that on April 19, 2019, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing.    Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.    Parties may access this filing through the Court's system.

_____/s/_____
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY

3